THE STATE OF OHIO, APPELLEE, *v.* MOORE, APPELLANT.

[Cite as *State v. Moore* (1996), 77 Ohio St.3d 1203.]

(No. 95–1993—Submitted October 9, 1996—Decided November 6, 1996.)

---

*Ronald J. O'Brien,* City Attorney, *David M. Buchman,* City Prosecutor, and *Brenda J. Keltner,* Assistant City Prosecutor, for appellee.

*Daniel D. Connor Co., L.P.A.,* and *Daniel D. Connor,* for appellant.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.